# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

LOTUS JUSTICE,

        Plaintiff,    :    Case No. 2:22-cv-2207

                                                Chief Judge Algenon L. Marbley
- vs -                                  Magistrate Judge Michael R. Merz

DALLAS BALDWIN, et al.,

        Defendants.    :

## REPORT AND RECOMMENDATION

This case is before the Court on Relator's Petition for Waiver of Fees for Filing in the Original Action Case (ECF No. 1). In the Petition she claims to be entitled to file without paying the filing fee pursuant to *Crandall v. Nevada,* 73 U.S. 35 (1867). For reasons explained in the Report filed in Case No. 2:22-cv-2193, *Crandall* does not recognize any such entitlement.

Accordingly, because Petitioner has neither paid the required filing fee nor sought or received permission to proceed *in forma pauperis*, it is respectfully recommended that this action be dismissed without prejudice unless Petitioner pays the filing fee or receives permission to proceed *in forma pauperis* within thirty days of adoption of this Report.

May 23, 2022.

                                                            s/ *Michael R. Merz*
                                                       United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. #