# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| LOTUS JUSTICE, | : | Case No. 2:22-cv-2207 |
| Plaintiff, | : | |
| | : | Chief Judge Algenon L. Marbley |
| - vs - | : | Magistrate Judge Michael R. Merz |
| | : | |
| DALLAS BALDWIN, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 3) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED without prejudice unless Petitioner pays the filing fee or receives permission to proceed in forma pauperis within thirty days of adoption of this Report.

June  22 , 2022.

                                                  Algenon L. Marbley
                                                  United States Chief Judge